UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                       Case Nos.:  3:17cr112/MCR/MAL
                                                                                       3:20cv6032/MCR/MAL

GREGORY S. ROTHWELL, JR.

    Defendant.
_____/

# ORDER

The magistrate judge issued a Report and Recommendation on July 17, 2023. (ECF No. 127). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation (ECF No. 127) is adopted and incorporated by reference in this order.

2. The Motion to Vacate, Set Aside or Correct Sentence (ECF No. 112) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 30th day of November 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**